**AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE.   PLEASE PRINT.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

# 10-42581

Bowman, Paula Thacker
_____
NAME OF DEBTOR(S)

CASE NO.

224 Presidential Dr.
_____
ADDRESS

TELEPHONE NO. 678-315-4818

Dallas, GA 30157
_____
CITY, STATE, ZIP

## PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
   **ANSWER:   YES ☑    NO ☐**

If someone did assist you, list their name and address:

Susan M. Brake
_____
NAME

1715 Bankwell Close Way
_____
ADDRESS

Lithia Springs, GA 30122                    678-372-0672
_____                    _____
CITY, STATE, ZIP CODE                       TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
   **ANSWER:   YES ☐    NO ☑   IF "YES", HOW MUCH ($_____ )**

Have you filed a bankruptcy case in the past?
   **ANSWER:   YES ☐    NO ☑**

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

_____

_____
PRO SE PETITIONER

Subscribed and sworn to before me on the 1ST day of July , 2010

_____
NOTARY PUBLIC

_____
DEPUTY CLERK

*F61 (psafd)04/04*