FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
ROME DIVISION

2010 JUL -1 PM 3:21

M. REGINA THOMAS
CLERK

BY_____
DEPUTY CLERK

10-42581

Certificate Number: 01356-GAN-CC-011470280

01356-GAN-CC-011470280

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 28, 2010</u>, at <u>10:23</u> o'clock <u>PM EDT</u>, <u>Paula Bowman</u> received from <u>Hummingbird Credit Counseling and Education, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Georgia</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:  <u>June 28, 2010</u>           By:     <u>/s/John Worsley</u>

                                     Name:   <u>John Worsley</u>

                                     Title:  <u>Senior Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).