UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| IN RE: | CASE NO. 10-42581-MGD |
|---|---|
| PAULA THACKER BOWMAN (A/K/A PAULA KAYE THACKER), Debtor. | CHAPTER 7 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Pursuant to Bankruptcy Rule 9010, the undersigned attorney enters this Notice of Appearance on behalf of CitiMortgage, Inc., a secured creditor in this case.

CitiMortgage, Inc., through counsel, hereby requests all notices to debtors or creditors also be mailed in care of said creditor as follows:

August 10, 2010                                  Respectfully submitted,

**PENDERGAST & ASSOCIATES, P.C.**

South Terraces, Suite 1000                By: _____/s/_____
115 Perimeter Center Place                Alice Blanco
Atlanta, GA  30346                             Georgia Bar Number 062160
Phone: 770-392-0303                          Attorney for Movant
Email:  ablanco@penderlaw.com       Firm File Number: 10-06731

CERTIFICATE OF SERVICE

I, Alice Blanco, certify that I am over the age of 18 and that on August 10, 2010 I served a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

| | |
|---|---|
| Kyle A Cooper, Esq.<br>Kyle A. Cooper, Attorney at Law<br>615 Colonial Park Drive, Suite 104<br>Roswell, GA  30075 | Paula Thacker Bowman<br>224 Presidential Drive<br>Dallas, GA  30157 |

Dated: August 10, 2010

**PENDERGAST & ASSOCIATES, P.C.**

| | |
|---|---|
| South Terraces, Suite 1000<br>115 Perimeter Center Place<br>Atlanta, GA  30346<br>Phone: 770-392-0303<br>Email:  ablanco@penderlaw.com | By: _____/s/_____<br>Alice Blanco<br>Georgia Bar Number 062160<br>Attorney for Movant<br>Firm File Number: 10-06731 |